```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :    SUPERSEDING
                                        INFORMATION
          - v. -                   :
                                        S1 11 Cr. 411 (SAS)
ABDOU AMADOU WATARA,               :

                    Defendant.     :

- - - - - - - - - - - - - - - - - - x
```

COUNT ONE

The United States Attorney charges:

1. On or about March 10, 2011, in the Southern District of New York and elsewhere, ABDOU AMADOU WATARA, the defendant, having knowledge of the actual commission of a felony cognizable by a court of the United States, willfully and knowingly concealed and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, to wit, WATARA concealed from a federal law enforcement officer with the United States Postal Inspection Service that others committed bank fraud.

(Title 18, United States Code, Section 4.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 1 2011

_____
PREET BHARARA
United States Attorney