```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

UNITED STATES OF AMERICA         :

        -v.-                     :      ORDER

ABDOU AMADOU WATARA,             :      S1 11 Cr. 411 (SAS)

        Defendant.               :

---------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/12

WHEREAS, ABDOU AMADOU WATARA, the defendant, pled guilty on or about November 21, 2011, to Superseding Information S1 11 Cr. 411, charging him with violations of 18 U.S.C. § 4, pursuant to a plea agreement;

WHEREAS, in the plea agreement between the Government and ABDOU AMADOU WATARA, the defendant, the parties agreed that "[t]he defendant further agrees to make restitution in the amount of $4,500 in accordance with 18 U.S.C. § 3663";

WHEREAS, ABDOU AMADOU WATARA, the defendant, was sentenced by this Court on March 15, 2012, to a term of one year probation and ordered to pay $4,500 in restitution, with the terms of restitution to be set forth in a separate order, and that an amended judgment will be filed;

WHEREAS, ABDOU AMADOU WATARA, the defendant, owes $3,500 to Wells Fargo Bank and $1,000 to TD Bank, which are the victims of the defendant's criminal conduct;

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

1. ABDOU AMADOU WATARA, the defendant, shall pay restitution in the amount of $3,500 to Wells Fargo Bank and

$1,000 to TD Bank. The defendant shall make restitution payments to the Clerk of the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, attn: Cashier's Office, who will disburse the payments to the victims at the following addresses:

>Wells Fargo:
>Wells Fargo Cards Services/Consumer Lending
>Fraud Claims MACA0314-045
>PO Box 4039
>Concord, CA 94520-9920
>
>TD Bank:
>TD Bank
>9000 Atrium Way
>Mt. Laurel, NJ   08054
>ATT: Corp. Security
>Ref: Abdou Amadou Watara

2. The restitution shall be paid in monthly installments of 10% of the defendant's gross monthly income over the entire term of the defendant's term of probation. Restitution payments are to commence 30 days after the date of the Amended Judgment.

3. The defendant must pay interest on restitution, unless the restitution is paid in full before the fifteenth day after the date of the Amended Judgment, pursuant to Title 18, United States Code, Section 3612(f).

4. The defendant's obligation to pay restitution shall continue after the expiration of the term of probation.

5. The defendant shall notify the United States Attorney for the Southern District of New York within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

Dated: New York, New York
April 3, 2012

SO ORDERED:

HON. SHIRA A. SCHEINDLIN
United States District Judge

3